DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6513/6510
Fax:(907)353-6501
MT Bar:  6009

Attorneys for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>       Plaintiff,<br><br>       v.<br><br>**SNIEGOWSKI, ADAM M.**<br><br>       Defendant | Case Number<br><br>**COUNT I**<br>Assault<br>(Class A Misdemeanor)<br>Violation of 18 USC 111(a).<br><br>**COUNT II**<br>Disorderly Conduct<br>(Class B Misdemeanor)<br>Violation of AS 11.61.110 assimilated<br>Under 18 USC 13. |

## I N F O R M A T I O N

The United States Attorney Charges:

### COUNT I

That on or about 25 September 2004, at 3028 Meridian Ave, Fort Wainwright Alaska, a military reservation acquired for the use of the United States and under the concurrent jurisdiction thereof, in the District of Alaska, the defendant, ADAM M. SNIEGOWSKI, did

forcibly assault Sergeant Gregory B. Templeton, a person designated by title 18 USC 1114 who was engaged in or on account of the performance of official duties during such person's term of service, by pushing him into a magazine rack in violation of 18 USC 111.

## COUNT II

That on or about 25 September 2004, at 3028 Meridian Ave, Fort Wainwright Alaska, a military reservation acquired for the use of the United States and under the concurrent jurisdiction thereof, in the District of Alaska, the defendant, ADAM M. SNIEGOWSKI, did refuse to comply with the order of Staff Sergeant Erik R. Miller, a Military Police officer to leave the premises of the Provost Marshall's office and then assumed a combative stance in order to attack, in violation of AS 11.61.110(4)(5) assimilated under 18 USC 13.

Dated this _____ day of _____, 200\_\_\_, at Fairbanks, Alaska.

Respectfully submitted,

DEBORAH M. SMITH
Acting United States Attorney

s/ J. Thomas Bartleson
J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6513/6510
Fax:(907)353-6501
MT Bar: 6009