AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ADAM M SNIEGOWSKI | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 4:06-cr-00023-TWH |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>  U.S. Courthouse<br>  101 12th Avenue<br>  Fairbanks, Alaska 99701-6283 | Room<br>326 |
|---|---|
| Before: TERRANCE W HALL | Date and Time<br>June 1, 2006 at 10:30 a.m. |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

```
Title 18 United States Code, Section(s) 111
Title 18 United States Code, Section(s) 13
```

Brief description of offense:
Assault
Disorderly Conduct

| | |
|---|---|
| Ida Romack, Clerk of Court<br>Signature of Issuing Officer<br><br>by _/s/_ Deputy Clerk<br>Name and Title of Issuing Officer | May 1, 2006 Fairbanks, Alaska<br>Date and Location |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date  5-1-2006

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _(MOTHER)_ _Wendy Sniegowski_

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 5-1-2006   _Randy Johnson_
          Date                   Name of United States Marshal

                      _Holland K. Sands_
                      (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.