MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __ADAM M. SNIEGOWSKI__    CASE NO. __4:06-CR-00023-TWH__
Defendant: _X_ Present    _X_ On Summons ___ In Custody

BEFORE THE HONORABLE        __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER:      __MADELINE SCHOLL__

UNITED STATES ATTORNEY:     __EVE ZAMORA__

DEFENDANT'S ATTORNEY:       __MJ HADEN__

U.S.P.O.:                   __MARCI LUNDGREN__

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION
Held: June 1, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:31 a.m. court convened.

_X_ Copy of Information given to defendant:(waived reading).

_X_ Defendant sworn.

_X_ Defendant advised of general rights. _X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Financial Affidavit **FILED**. _X_ Federal Public Defender accepted appointment.

_X_ PLEA: Not guilty to counts __1 and 2 of the Information.__

_X_ Order for the Progression fo a Criminal Case **FILED**.

_X_ Consent to be filed on or before **June 8, 2006** or case shall be transferred to U.S. District Judge.

_X_ Pretrial motions due **June 29, 2006**.

_X_ Counsel advised of trial date: __**10:00 a.m. August 10, 2006.**__

_X_ Order Setting Conditions of Release **FILED.**

_X_ Other: __Court ordered plaintiff to file notification of Meet and Confer upon conclusion of discovery.__

At 10:45 a.m. court adjourned.


DATE: __June 1, 2006__        DEPUTY CLERK'S INITIALS: __mas__