# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

__UNITED STATES OF AMERICA__ v. __ADAM M. SNIEGOWSKI__

THE HONORABLE TERRANCE W. HALL, Magistrate Judge

DEPUTY CLERK                                     CASE No. __4:06-cr-00023-TWH__

__CAROLYN BOLLMAN__

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: June 9, 2006

During an appearance before this court on 06/01/2006, defendant Adam M. Sniegowski was allowed 7 days to file a "Consent to Proceed Before the U.S. Magistrate Judge in a Misdemeanor Case". No consent having been filed, this case is assigned to United States District Court Judge Ralph R. Beistline for trial. The case number to be used on all future filings will be as follows: 4:06-cr-00021-RRB.

[ ]{CONSENT.WPD*Rev.2/97}