**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintfiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 4:06-cr-00023-RRB-1** |
| ) | |
| **ADAM M. SNIEGOWSKI** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT OF CONFERENCE

This is to certify that counsel for the parties have conferred regarding discovery in this case, production is complete and there are no outstanding discovery issues at this time.

RESPECTFULLY SUBMITTED this 13th day of June 2006.

EVE C. ZAMORA

s/ Eve C. Zamora
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 353-6561/6510
Fax: (907) 353-6501
Email: eve.zamora@us.army.mil
MN Bar: 0297859

## **Certificate of Service**

I hereby certify that on 16 June 2006, a copy of the foregoing Report of Conference was served electronically on MJ Haden.