M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADAM M. SNIEGOWSKI,<br><br>    Defendant. | Case No. 4:06-cr-0023-RRB<br><br>**MOTION ON SHORTENED TIME FOR NUNC PRO TUNC ORDER FOR ONE-WEEK CONTINUANCE TO FILE PRETRIAL MOTIONS** |

      Defendant, Adam M. Sniegowski, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an order nunc pro tunc for an order continuing the deadline for filing of pretrial motions, currently set for June 29, 2006, for one week, until July 7, 2006.  Special Assistant United States Attorney Eve C. Zamora was unavailable for input.

      Undersigned counsel was in trial in Fairbanks all of last week, and was unable to devote proper time to analyzing and writing pretrial motion in this matter.  In order to provide Mr. Sniegowski with effective assistance of counsel, Mr. SNiegowski requests a one week extension of the pre-trial motions deadline, until July 7, 2006.

DATED this 3rd day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden