UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAM M. SNIEGOWSKI,<br><br>        Defendant. | Case No. 4:06-cr-0023-RRB<br><br>**PROPOSED<br>NUNC PRO TUNC ORDER<br>CONTINUING PRETRIAL MOTIONS<br>DEADLINE** |

      After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

      After due consideration of defendant's motion for Nunc Pro Tunc Order for One-week Continuance to File Pretrial Motions, the court GRANTS the motion. Pretrial motions in this matter are due July 7, 2006.

      DATED _____, 2006, in Anchorage, Alaska.

                                       _____<br>
                                              Terrance W. Hall<br>
                                        United States Magistrate Judge