UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>   USA   </u>   v.   <u>  SNIEGOWSKI  </u>

DATE:   <u>  July 6, 2006  </u>   CASE NO.   <u>  4:06-CR-0023-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**

---

A status hearing will be held in this matter on **Friday, July 14, 2006, at 11:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING HEARING