M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ADAM M. SNIEGOWSKI,<br><br>                Defendant. | Case No. 4:06-cr-0023-RRB<br><br>**MOTION TO SUPPRESS EVIDENCE AND STATEMENTS OBTAINED IN VIOLATION OF DEFENDANT'S FOURTH AMENDMENT RIGHTS** |

       Mr. Sniegowski asks this court to suppress all evidence and statements derived from his illegal detention and arrest at the Fort Wainwright MP Station on September 25, 2005.  This evidence must be suppressed because his detention and arrest violated the Fourth Amendment of the United States Constitution.

       This motion is submitted pursuant to the Fourth Amendment, Fed. R. Crim. P. 12(b), D. Alaska Loc. Crim. R. 47.1, and is based upon the memorandum of law filed herewith.

DATED this 7th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden