M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ADAM M. SNIEGOWSKI,<br><br>             Defendant. | Case No. 4:06-cr-0023-RRB<br><br>**MOTION FOR EVIDENTIARY HEARING REGARDING MOTION TO SUPPRESS** |

Defendant, Adam M. Sniegowski, by and through counsel M. J. Haden, Staff Attorney, moves this court for an evidentiary hearing regarding his Motion to Suppress Evidence.  Mr. Sniegowski seeks an evidentiary hearing in which the government must carry its substantial burden of showing the constitutionality of the seizure of Mr. Sniegowski's person.

Mr. Sniegowski asks that the court schedule a hearing on this matter at a time convenient to the court and counsel.  Undersigned counsel is unavailable due to matters scheduled in Anchorage on July 14, July 19, July 21, and July 31.

DATED this 7th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden