UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAM M. SNIEGOWSKI,<br><br>        Defendant. | Case No. 4:06-cr-0023-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING<br>EVIDENTIARY HEARING** |

       After due consideration of defendant's Motion for Evidentiary Hearing Regarding Motion to Suppress, the court GRANTS the motion. An evidentiary hearing in this matter is set for _____, 2006, at _____ a.m./p.m., in Fairbanks, Alaska.

       DATED _____, 2006, in Anchorage, Alaska.

                                                  _____
                                                        Terrance W. Hall
                                               United States Magistrate Judge