DEBORAH M. SMITH
Acting United States Attorney

Eve C. Zamora
Special Assistance U. S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6561-6510
Fax: (907) 353-6501
MN Bar: 0297859

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:06-cr-00023-RRB-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | AFFIDAVIT OF EVE ZAMORA |
| ) | |
| ADAM M. SNIEGOWSKI ) | |
| ) | |
| Defendant. ) | |

STATE OF ALASKA            )
                           ) ss.
FOURTH JUDICIAL DISTRICT   )

    I, Eve C. Zamora, being first duly sworn and upon oath, depose and state as follows that:

    1.    I am the Special Assistant United States Attorney in the above captioned matter.

    2.    Attached hereto is a true and correct copy of Sergeant Gregory Templeton's sworn statement designated Exhibit 1.

3. Attached hereto is a true and correct copy of Staff Sergeant Erik Miller's sworn statement designated Exhibit 2.

4. Attached hereto is a true and correct copy of Defendant's Motion to Suppress designated Exhibit 3.

Further the affiant sayeth naught.

_____
Eve C. Zamora, Esq.

STATE OF ALASKA
FOURTH JUDICIAL DISTRICT

Subscribed and sworn before me on this 14th day of July, 2006.

_____
ROBIN A. PECK
State of Alaska Notary Public
My commission expires: 24 Jan 2009