# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| PROVOST MARSHALS OFFICE FRA99505 | 2004/09/27 | 1735 | 1176-04 |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| TEMPLETON, GREGORY BENJAMIN | 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 | E-5/ AD |

**8. ORGANIZATION OR ADDRESS**
164TH MILITARY POLICE COMPANY FORT RICHARDSON, AK 99505

9. I, GREGORY BENJAMIN TEMPLETON, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

THIS STATEMENT IS INTENDED TO CLARIFY AND/OR ELABORATE ON CERTAIN ASPECTS OF THIS INVESTIGATION WHICH MAY NOT BE COVERED IN ANY OTHER STATEMENTS AND/OR DOCUMENTS.

ON 24 SEPT. 04, AT 0330 HOURS, WHILE PATROLLING FORT WAINWRIGHT MYSELF, SPC WHARTON, PFC WETZEL, AND PFC PETERSON WERE DISPATCHED TO A FIGHT IN PROGRESS AT THE OASIS CLUB. WHEN I ARRIVED ON SCENE MYSELF AND THE OTHER PATROLS WERE TRYING TO INVESTIGATE THE FIGHT TRYING TO FOUND OUT WHAT HAPPENED. WE HAD SEVERAL PEOPLE TELLING US WHAT HAD HAPPENED AND WE HAD APPREHEND SEVERAL. ADAM WAS RUNNING AROUND BEING LOUD AND TELLING THE MP'S DON'T TAKE ANY BODY TO JAIL THAT THE WHOLE THING WAS UNDER CONTROL. I INFORMED ADAM TO BE QUITE AND TELL WHAT HE HAD SEEN. HE REFUSED TO TELL ME ANYTHING ABOUT THE FIGHT HE TOLD ME TO LEAVE EVERY BODY ALONE AND THEY WOULD TAKE CARE OF IT THEMSELVES. I ASKED THE GENTLEMEN TO BE QUITE AND COME DOWN TO THE MP STATION AND MAKE A STATEMENT ABOUT THE FIGHT. HE TOLD ME TO "SHUT THE FUCK UP AND LEAVE THEM ALONE". WHILE TELLING ME THIS HE GOT IN MY FACE AND TOLD ME AGAIN "SHUT THE FUCK UP AND LEAVE". THAT IS WHEN HE GOT IN MY FACE. I ASKED HIM TO GET BACK OUT OF MY FACE THAT'S WHEN PFC PETERSON DISPLAYED A CAN OF PEPPER SPRAY. I THEN FELT THAT THE SITUATION WAS GETTING OUT OF CONTROL SO I ASKED THE GENTLEMEN TO COME DOWN TO THE MP STATION. HE CAME DOWN AND TOLD ME HE WOULD COOL OUT AND GET A RIDE WITH SOME OF HIS GIRLFRIENDS THAT HAD NOT BEEN DRINKING TO GET HIM TO THE MP STATION. WHILE AT THE MP STATION HE REFUSED TO GIVE ANY KIND OF INFORMATION FOR OUR PAPER WORK. HE WOULD NOT EVEN GIVE A WRITTEN STATEMENT. WHEN HE WOULD GIVE INFORMATION IT WOULD BE THE WRONG INFO. BUT I DID FIND OUT HIS NAME (ADAM) AND A CURRENT ADDRESS AND DRIVERS LICENSES. WHILE DOING THIS HE WAS BEING LOUD AND DISORDERLY WITH MYSELF AND THE DESK SGT (SSG MILLER). WHILE GETTING SOME OF THE INFORMATION THAT WE DID GET FROM HIM HE WAS STATING THAT THE "MP DIDN'T KNOW THEIR JOBS AND THAT WE WERE LITTLE BITCHES". AFTER ABOUT 30 MINUTES WITH THIS GENTLEMEN WE LET HIM GO BACK OUT TO THE WAITING ROOM WITH THE OTHER PEOPLE THAT WERE WAITING TO BE INTERVIEWED. I GAVE ADAM HIS DRIVERS LICENSES BACK TO HIM AND ASKED HIM TO LEAVE. HE REFUSED TO LEAVE WITH OUT A RIDE HOME. THE DESK SGT (SSG MILLER) TOLD HIM HE HAD TO LEAVE HIS PMO WITH THE ATTITUDE THAT HE HAD. ADAM REFUSED TO GO WITH OUT A RIDE. THE DESK SGT TOLD HIM TO LEAVE AFTER ADAM TOLD EVERYBODY IN THE WAITING ROOM NOT TO GIVE US ANY INFORMATION. SSG MILLER GAVE ADAM HIS DRIVERS LICENSE BACK TO HIM AND ASKED HIM TO LEAVE AND ADAM TOOK THE DRIVERS LICENSES AND JUMPED INTO SSG MILLER'S FACE AND CALLED HIM A LITTLE BITCH AND WAS JUMPING AROUND, MAKING A LOT OF NOISE AND MAKING A BIG SCENE IN THE WAITING ROOM. SSG MILLER, AFTER TAKING A COUPLE OF STEPS BACK FROM ADAM; HE TOLD MYSELF AND SPC HERMAN TO APPREHEND HIM FOR DISORDERLY CONDUCT. MYSELF AND SPC HERMAN TRIED TO APPREHEND ADAM, WHO RESISTED. WHILE WRESTLING WITH ADAM TRYING TO HAND CUFF ADAM MYSELF AND SPC HERMAN HAD TO WRESTLE HIM TO THE FLOOR WHERE I INJURED MY RIGHT HAND AND HAD TO BE TAKEN TO THE BASSSETT ER AND WAS LATER RELEASED. I SPRAINED MY RIGHT HAND WHILE HANDCUFFING ADAM. ADAM WAS THEN PROCESSED AND RELEASED.

GREGORY TEMPLETON
SGT, USA
MILITARY POLICE

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 1 PAGES |
|---|---|---|
| | TAKEN AT ___ DATED ___ | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998     DA FORM 2823, JUL 72, IS OBSOLETE     USAPA V1.00