# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| FT WAINWRIGHT, AK 99703 | 2004/09/25 | 0705 | 1176-04 |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| MILLER, ERIK RICHARD | 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 | SSG/AD |

**8. ORGANIZATION OR ADDRESS**
28TH MILITARY POLICE DETACHMENT

**9.** I, ERIK RICHARD MILLER, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

## INVESTIGATORS STATEMENT

THIS STATEMENT IS TO CLARIFY AND OR ELABORATE IN CERTAIN ASPECTS OF THIS INVESTIGATION THAT IS NOT COVERED IN STATEMENTS AND OR DOCUMENTS

ON 25 SEPT. 04 AT 0300 HOURS, WORKING AS THE DESK SERGEANT AT THE MILITARY POLICE STATION FT WAINWRIGHT, AK 99703 I WAS NOTIFIED OF A FIGHT AT THE ARCTIC OASIS BY PATROL 3-1 (SPC WHARTON) WHO WAS CONDUCTING STATIC RADAR. I THEN PROCEEDED TO DISPATCH ALL AVAILABLE PATROLS TO THE AREA OF THE ARCTIC OASIS. PATROL 3-0 (SGT. TEMPLETON) BRIEFED ME OF A POSSIBLE 8 SUBJECTS AND 4 WITNESSES, AND ASKING WHAT SHOULD BE DONE. I TOLD PATROL 3-0 TO APPREHEND ALL SUBJECTS AND TRANSPORT TO THE MP STATION, WHERE WE CAN SORT OUT THE WHOLE STORY IN A CONTROLLED AND NEUTRAL ENVIRONMENT. UPON ARRIVAL OF ALL THE PERSONS INVOLVED AT THE MP STATION AND GETTING THE STORY CORRECT, CIV SNREGOWSKI WHO AT THE TIME OF ARRIVAL WAS A WITNESS TO THE FIGHT, STARTED TO GET IRATE AT PATROL 3-0 (SGT. TEMPLETON), PATROL 3-2 (PFC WETZEL) FOR THE WAY ALL THE PEOPLE INVOLVED WERE BEING TREATED. CIV SNREGOWSKI DIDN'T WANT TO COMPLY WITH ANY OF THE PAPERWORK INVOLVED, AND WANTED TO LEAVE. PATROL 3-0 BRIEFED ME OF THE SITUATION AND I TOLD PATROL 3-0 TO LET CIV SNREGOWSKI LEAVE. WHEN CIV SNREGOWSKI WAS RELEASED WITH NO CHARGES, HE EXITED THE MP STATION THROUGH THE BACK DOOR. APPROXIMATELY 5 MINUTES LATER CIV SNREGOWSKI WENT TO THE FRONT OF THE MP STATION AND ENTERED INTO THE LOBBY AND STARTED TO TELL CIV MARTIN, CIV HALTON, CIV RAYMORE TO NOT COOPERATE WITH THE MPS AND NOT TO SAY A WORD, TO CHANGE NAMES OF ALL WHO WERE INVOLVED. I THEN ASKED CIV SNREGOWSKI TO LEAVE THE MP STATION DUE TO CIV SNREGOWSKI COMPROMISING THE INVESTIGATION. CIV SNREGOWSKI THEN GOT IN MY FACE AND STATED THAT I COULD NOT DO ANYTHING TO HIM SINCE HE WAS A CIVILIAN. I TOLD CIV SNREGOWSKI THAT I COULD CHARGE HIM WITH DISORDERLY CONDUCT THEN CIV SNREGOWSKI MOVED WITHIN MY PERSONAL SPACE AND ASSUMED A BLADED STANCE. HE RAISED HIS FIST WHILE DROPPING HIS CHIN, AND ASSUMED A COMBAT STANCE IN ORDER TO ATTACK. I THEN TOLD PATROL 3-3 (SPC HERMANN) TO APPREHEND CIV SNREGOWSKI, CIV SNREGOWSKI WOULD NOT COMPLY WITH PATROL 3-3'S INSTRUCTION, AND PATROL 3-0 ASSISTED PATROL 3-3. CIV SNREGOWSKI THEN ASSAULTED PATROL 3-0 IN ORDER TO ESCAPE APPREHENSION, BY PUSHING PATROL 3-0 INTO A MAGAZINE RACK CAUSING PATROL 3-0 TO SPRAIN HIS RIGHT WRIST. PATROL 3-4 (PFC PETERSON), PATROL 3-1 (SPC WHARTON) AND RTO (SPC TUNON) ASSISTED IN PATROL 3-0, AND PATROL 3-3. CIV SNREGOWSKI WAS APPREHENDED AND PLACED IN THE DETENTION CELL, WITH HIS HANDCUFFS ON. CIV SNREGOWSKI'S HANDCUFFS WERE LEFT ON, DUE TO HIS UNCONTROLLABLE BEHAVIOR. PATROL 3-0 WAS TRANSPORTED TO THE EMERGENCY ROOM FOR INJURIES RESULTING IN THE SCUFFLE WITH CIV SNREGOWSKI. WHILE THE SCUFFLE WAS TAKING PLACE I NOTIFIED FAIRBANKS POLICE DEPARTMENT AND REQUESTED ASSISTANCE DUE TO A UNKNOWN NUMBER OF VEHICLES OUT IN THE PARKING LOT OF THE MP STATION. I WAS UNSURE OF THE NUMBER OF PERSONNEL AND I FELT THAT MY STATION AND THE MPS THAT WERE AT THE STATION WERE IN DANGER. FAIRBANKS POLICE DEPARTMENT PATROL ARRIVED AT THE MP STATION TO ASSIST. WHILE CIV SNREGOWSKI WAS IN THE DETENTION CELL, FAIRBANKS POLICE PATROLMAN INTERVIEWED HIM. CIV SNREGOWSKI'S CHECK CAME BACK CLEAN WITHOUT WARRANTS. FAIRBANKS PATROLMAN ASKED IF THE ARMY WAS GOING TO CHARGE CIV SNREGOWSKI, AND I TOLD THEM YES. FAIRBANKS PATROLMAN THEN LEFT THE MP STATION. WHILE CIV SNREGOWSKI WAS IN THE DETENTION CELL, HE WAS KICKING THE

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | ERM | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____"

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE    USAPA V1.00

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF **ERIK RICHARD MILLER** TAKEN AT **FT WAINWRIGHT** DATED **2004/09/25**

9. STATEMENT (Continued)

INVESTIGATORS STATEMENT

THIS STATEMENT IS TO CLARIFY AND OR ELABORATE IN CERTAIN ASPECTS OF THIS INVESTIGATION THAT IS NOT COVERED IN STATEMENTS AND OR DOCUMENTS

INSIDE OF THE DETENTION CELL AND YELLING THREATS AT ME. I IGNORED THE THREATS, AND CONTINUED TO PROCESS CIV MARTIN, CIV RAYMORE, AND CIV HALTON. I ADVISED CIV MARTIN, CIV RAYMORE AND CIV HALTON OF THEIR LEGAL RIGHTS, WHICH THEY WAIVED, BUT CIV MARTIN AND CIV RAYMORE WERE CONFUSED AND PARTIALLY SIGNED THE INVOKED SECTION OF THE FORM DA 3881. I THEN STOPPED CIV RAYMORE AND CIV MARTIN WHILE THEY WERE SIGNING THE INVOKED SECTION AND ASKED IF THEY DIDN'T WANT TO BE QUESTIONED. CIV MARTIN AND CIV RAYMORE STATED THAT THEY DID WANT TO BE QUESTIONED AND JUST WERE CONFUSED ON WHERE TO SIGN ON THE DA FORM 3881. I EXPLAIN THAT THE PROPER PLACE ON THE DA FORM 3881, WAS IN SECTION 1 BOX 3. BOTH CIV MARTIN AND CIV RAYMORE SIGNED SECTION 1 BOX 3. WHILE PROCESSING CIV MARTIN, CIV RAYMORE, AND CIV HALTON A UNKNOWN BLACK MALE APPROACHED THE MP DESK WINDOW AND ASKED IF CIV SNREGOWSKI WAS READY TO LEAVE. I ASKED THIS PERSON WHAT WAS HIS BUSINESS WITH CIV SNREGOWSKI, AND HIS REPLY WAS THAT HE WAS HIS RIDE HOME. I TOLD THIS PERSON THAT HE IS GETTING PROCESSED AND WILL BE READY IN A FEW MINUTES. THE BLACK MALE WAITED IN THE LOBBY UNTIL CIV SNREGOWSKI WAS PROCESSED. I DID NOT GET THIS PERSONS NAME SINCE ALL THE MILITARY POLICE AROUND INCLUDING MYSELF WERE UNAVAILABLE AND BUSY DUE TO PROCESSING THE REST OF THE SUBJECTS. THE REST OF THE PEOPLE INVOLVED WERE FURTHER PROCESSED AND RELEASED ON THEIR OWN RECOGNIZANCE.///END OF STATEMENT\\\\

ERIK RICHARD MILLER
SSG, USA
MILITARY POLICE

INITIALS OF PERSON MAKING STATEMENT **ERM**  PAGE 2 OF 2 PAGES

PAGE 2, DA FORM 2823, DEC 1998                                                        USAPA V1.00