**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> ADAM M. SNIEGOWSKI </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                                    CASE NO.  <u>4:06-cr-00023-RRB</u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 29, 2006

      By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable James K. Singleton for all further proceedings. Please use the following case number on all future filings: 4:06-cr-00023-JKS. Final Pretrial Conference and Trial by Jury set to commence September 7, 2006 before Judge Beistline in Fairbanks, Alaska, remains set on September 7, 2006 at Fairbanks before Judge Singleton.

[]{IQ1.WPD*Rev.12/96}