M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ADAM M. SNIEGOWSKI,<br><br>                Defendant. | Case No. 4:06-cr-0023-JKS<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

        Defendant, Adam M. Sniegowski, by and through counsel M. J. Haden, Staff Attorney, notifies the court of his intent to change his plea in the above-styled case.  The parties are in the process of completing a written plea agreement.  Undersigned expects a plea agreement to be completed and filed by September 7, 2006.  The parties have agreed pursuant to Fed. R. Crim. P. 11(c)(1)(C) that the appropriate disposition is as follows:

- Five days of incarceration in Fairbanks Correctional Center;
- Pay a $5 special assessment;
- No further supervision;

- No fine.

The parties ask for a change of plea hearing to occur on September 12, as undersigned counsel will be in Fairbanks on that date. Additionally, the parties request that the court vacate the final pretrial conference and trial date scheduled for September 11, 2006.

DATED this 5th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden