**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

   UNITED STATES OF AMERICA    v.   ADAM M. SNIEGOWSKI

THE HONORABLE JAMES K. SINGLETON

DEPUTY CLERK                                              CASE NO.  4:06-cr-00023-JKS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: September 6, 2006

      The previously scheduled final pre-trial conference and trial date of September 11, 2006 for the above-referenced case is hereby **VACATED**.

      A Proposed Change of Plea Hearing is hereby scheduled for Tuesday, September 12, 2006 at 11:15 a.m. before Judge James K. Singleton at Fairbanks, Alaska.

[]{IK3.WPD*Rev.12/96}