MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __ADAM M. SNIEGOWSKI__    CASE NO. __4:06-CR-00023-RRB__
Defendant: X Present    ___In Custody    ___On Summons  X On Bond

BEFORE THE HONORABLE    __JAMES K SINGLETON__

DEPUTY CLERK/RECORDER: __CAROLYN BOLLMAN__

UNITED STATES ATTORNEY: __EVE ZAMORA__

DEFENDANT'S ATTORNEY: __M.J. HADEN__

U.S.P.O.: __MARCI LUNDGREN__

PROCEEDINGS: CHANGE OF PLEA/IMPOSITION OF SENTENCE Held 9/12/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Court Convened at 11:25 A.M.

X Defendant sworn.

X Defendant advised of charges and penalties.

X Defendant states true name: __Adam Sniegowski.__

X Defendant changed plea to guilty on Count __2.__

X Court accepted plea.

X Notice of Appeal form given to defendant.

X Court stated findings pursuant to the plea agreement.

X  Imprisonment for a period of __5 days.__

X Special Assessment $__5.00__, due __immediately.__

X Defendant to report to the U.S. Marshal not later than __September 18, 2006.__

X On motion of the U.S. Attorney, remaining count __1__ of the Information dismissed.

Adjourned at 12:01 p.m.

DATE: __09/12/2006__    DEPUTY CLERK'S INITIALS: __cpb__